

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                    01-14-00035-CV

Style:                            Susan Anthony Potter

                                   v. Scott Michael Potter

Date motions filed*:        March 14, 2014, and June 11, 2014

Type of motions:        Motion to Request an Extension of Time to File Brief and Motion for Extension of Briefing

                                 Deadline

Party filing motion:        Appellant

Document to be filed:

Is appeal accelerated?     No

If motion to extend time:
        Original due date:
        Number of previous extensions granted:           Current Due date:
        Date Requested:

Ordered that motions are:

      ☐      Granted in part and dismissed in part

           If document is to be filed, document due:

           ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐      Denied

      ☑      Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

      ☐      Other: _____

      A clerk's record has not been filed with this Court, and the appellate record is not complete. *See* TEX. R. APP. P.

      34.1. Because the appellate record is not yet complete, appellant's brief is not due. *See* TEX. R. APP. P. 38.6(a).

      Accordingly, we dismiss appellant's motion for an extension to file appellant's brief, filed on March 14, 2014,

      and motion for extension of briefing deadline, filed on June 11, 2014, as moot.

Judge's signature:   /s/ <u>Terry Jennings</u>
                     ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date: July 3, 2013